IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00728-WYD-BNB

SHELLIE A. DANIEL,

    Plaintiff,

v.

LMNV FUNDING, LLC, a Nevada limited liability corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss (docket #10), filed June 25, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the Plaintiff's Motion to Dismiss (docket #10), filed June 25, 2008, is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

    Dated: June 27, 2008

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge